Rob Bonta, State Bar No. 202668
Attorney General of California
Peter D. Halloran, State Bar No. 184025
Supervising Deputy Attorney General
Carolyn Frank, State Bar No. 245479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7868
 Fax:  (916) 324-5567
 E-mail:  Carolyn.Frank@doj.ca.gov
*Attorneys for Defendant
California Department of Corrections and
Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH MCQUIRTER; JOSEPH L. MCQUIRTER, DDS, INC., A CALIFORNIA CORP.,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; MORTON ROSENBERG, DDS, IN HIS OFFICIAL CAPACITY AS STATEWIDE DENTAL DIRECTOR, AND DOES 1 THROUGH 10,**<br><br>Defendant. | 2:21-CV-01724-KJM-DB<br><br>**STIPULATION AND ORDER RE MODIFYING SCHEDULING ORDER** |

Whereas, the Scheduling Order in this case provides that fact discovery must be completed by September 15, 2022;

Whereas the Scheduling Order in this case provides that expert disclosures shall be completed by October 15, 2022 and rebuttal expert disclosures shall be completed by November 5, 2022;

Whereas a Settlement Conference is scheduled for October 13, 2022;

Whereas the Scheduling Order in this case provides that all dispositive motions must be heard no later than January 27, 2023;

1   Whereas Plaintiff's counsel has been dealing with some health issues that have rendered
2   him unavailable for discovery between the parties;
3   Whereas Defendant's counsel unexpectedly needs to take a leave of absence under the
4   Family Medical Leave Act for at least eight weeks beginning immediately;
5   Whereas the parties understand the Scheduling Order can only be modified upon a showing
6   of good cause and with leave of court;
7   Therefore, the parties stipulate as follows:
8   Good cause exists to modify the Scheduling Order because counsel for both parties have
9   had unexpected medical issues making it impossible for the parties to complete discovery in the
10  time frame prescribed by the Scheduling Order.
11  The parties agree to the following modification of dates if such dates are convenient for the
12  Court:
13  Fact discovery to be completed on or after July 14, 2023
14  Expert Disclosures to be completed on or after August 15, 2023
15  Rebuttal Expert Disclosures to be completed on or after September 15, 2023
16  Expert discovery to be completed on or after October 10, 2023
17  Settlement Conference to be held on or after August 15, 2023
18  Dispositive motions will be heard on or after November 30, 2023

Dated:  July 27, 2022                     Respectfully submitted,

                                          ROB BONTA
                                          Attorney General of California
                                          PETER D. HALLORAN
                                          Supervising Deputy Attorney General


                                          /s/ Carolyn Frank
                                          CAROLYN FRANK
                                          Deputy Attorney General
                                          *Attorneys for Defendant*
                                          *California Department of Corrections and*
                                          *Rehabilitation*

                                          By:     /s/ Mark Ravis
                                          Mark Ravis, Esq.
                                          Attorney for Plaintiffs Joseph McQuirter,
                                          DDS and Joseph L. McQuirter, DDS, Inc.

2

ORDER

The Court finds that good cause exists to modify the Scheduling Order in this case. All pending dates are hereby vacated and the Court orders the following pretrial schedule:

Fact discovery will be completed by **July 14, 2023**.

Expert witness disclosures will be completed by **August 15, 2023**.

Rebuttal expert witness disclosures will be completed by **September 15, 2023**.

All expert discovery will be completed by **October 10, 2023**.

Dispositive motions will be heard by **December 8, 2023**.

IT IS SO ORDERED.

DATED:  August 2, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE